# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ron Ross ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:10cv452

Walter Bowers, Jr.,
William Duncan

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2011 Order.

Signed: May 25, 2011

Frank G. Johns, Clerk
United States District Court